```
                    UNITED STATES BANKRUPTCY COURT
                      Western District of Missouri
```

In re:                        )
                              )
Todd Doree,                   )
              Debtor,         )
                              ) Case No. 10-46170
                              )
                              ) Chapter 13

## DEBTOR'S AMENDMENT TO CHAPTER 13 PLAN

Comes Now Debtor, Todd Doree, by and through his attorney of record, Jason C. Amerine, and amends his Chapter 13 Plan to reflect the following:

1. That Debtor's Chapter 13 Plan is amended to state that to the extent that the debtor is entitled to a tax refund which is a pre-petition asset, the non-exempt portion thereof which either is not properly setoff, or which is not already provided for under the terms of the plan for the benefit of the unsecured creditors shall be turned over to the trustee for the benefit of the filed and allowed unsecured creditors.

2. That all other provisions of Debtor's Chapter 13 Plan are to remain the same.

Respectfully Submitted,

Castle Law Office of Kansas City

By: /s/Jason C. Amerine
Jason C. Amerine #50857
818 Grand Blvd.
Suite 700
Kansas City, MO 64106
P: 816-842-6200
F: 816-421-5403

## Certificate of Service

  The undersigned hereby certifies that a true and accurate copy of the foregoing Amendment to Chapter 13 Plan was served first-class mail, postage prepaid, or via electronic filing on the following parties this December 21, 2010.


              /s/Jason C. Amerine
              Jason C. Amerine #50857


Mr. Richard V. Fink
Chapter 13 Trustee
818 Grand Blvd. Ste. 800
Kansas City, MO 64106