UNITED STATES BANKRUPTCY COURT
Western District of Missouri

In re:                              )
                                    )
Todd Doree,                         )
            Debtor,                 )
                                    )  Case No. 10-46170
                                    )
                                    )  Chapter 13

**DEBTOR'S AMENDMENT TO CHAPTER 13 PLAN**

Comes Now Debtor, Todd Doree, by and through his attorney of record, Jason C. Amerine, and amends his Chapter 13 Plan to reflect the following:

1. That Debtor's Chapter 13 Plan payments shall increase to $1,500.00/month.

2. That all other provisions of Debtor's Chapter 13 Plan are to remain the same.

Respectfully Submitted,

Castle Law Office of Kansas City


By: /s/Jason C. Amerine
Jason C. Amerine #50857
818 Grand Blvd.
Suite 700
Kansas City, MO 64106
P: 816-842-6200
F: 816-421-5403

## Certificate of Service

    The undersigned hereby certifies that a true and accurate copy of the foregoing Amendment to Chapter 13 Plan was served first-class mail, postage prepaid, or via electronic filing on the following parties this January 21, 2011.


                                             /s/Jason C. Amerine
                                             Jason C. Amerine #50857


Mr. Richard V. Fink
Chapter 13 Trustee
818 Grand Blvd. Ste. 800
Kansas City, MO 64106